UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| OSCAR V., | Case No. 26-CV-0087 (MJD/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PETER BERG, Director, Fort Snelling Field Office Immigration and Customs Enforcement; and RYAN SHEA, Sheriff of Freeborn County, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Oscar V. by no later than January 12,

1

2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 14, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents shall not move Petitioner out of the District of Minnesota.  In the event of an unforeseen circumstance or

contingency, and with 72 hours' notice, Respondents may apply to the

Court for permission to move Petitioner.


Dated: January 8, 2026                    s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court