# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Oscar E. V. O.,

      Petitioner,

v.

      **ORDER ADOPTING REPORT  AND RECOMMENDATION**
      Civil File No. 26-00087 (MJD/JFD)

Pamela Bondi, et al.,

      Defendants.

Maria Miller, Martin Law, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty filed January 21, 2026.  [Doc. 7.]  No objections have been filed.  Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Docherty.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge John F. Docherty filed January 21, 2026. **[Doc.**

**7.]**  Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as**

**follows:**

1.  Respondents are ordered to hold a bond hearing under 8 U.S.C. § 1226(a)

    before an immigration judge in Minnesota within seven days of the date of

    this Order; and

2.  If Respondents do not provide Petitioner with a bond hearing under 8

    U.S.C. § 1226(a), Petitioner must be immediately released from detention.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 25, 2026                         s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court