# UNITED STATES DISTRICT COURT
## District of Minnesota

Oscar Eduardo Velasquez Orellana

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, Peter Berg, Ryan Shea

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00087-MJD-JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty filed January 21, 2026. **[Doc. 7.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED** as follows:

1. Respondents are ordered to hold a bond hearing under 8 U.S.C. § 1226(a) before an immigration judge in Minnesota within seven days of the date of this Order; and

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), Petitioner must be immediately released from detention.

Date: 1/25/2026

KATE M. FOGARTY, CLERK