# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Oscar V.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-87 (MJD/JFD)

Maria Miller, Martin Law, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On January 25, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to hold a bond hearing under 8 U.S.C. § 1226(a) before an immigration judge in Minnesota within seven days of the date of the Order. [Doc. 8.] On February 3, 2026, Petitioner informed the Court that the bond hearing occurred, that Petitioner was granted bond of $2000, and that there are no remaining issues for the Court to resolve. [Doc. 10.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Oscar V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026            s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court